# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Herbert Joseph Long**
        Plaintiff

vs.                      **CASE NUMBER: 6:23-cv-900 (ML)**

**Commissioner of Social Security**
        Defendant

**Decision by Court.** The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g), that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings.

All of the above pursuant to the Stipulation and Order dated 4/18/2024, issued by the Honorable **Miroslav Lovric**. Dkt. No. 15.

DATED: April 18, 2024

_____
Clerk of Court

                s/ Kristen Kenney
                Kristen Kenney
                Deputy Clerk